**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Matthew Usigbe,<br>Defendant. | Case No. 2:26-cr-00125-RFB-MDC<br>**Order**<br>[Docket No. 120] |

Pending before the Court is a motion to modify travel restrictions filed by Defendant Matthew Usigbe. Docket No. 120. The Government must file a response to the motion by November 24, 2026. The Government's response must include a position taken by Pretrial Services.

IT IS SO ORDERED.

DATED: November 17, 2026

Nancy J. Koppe
United States Magistrate Judge